IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCHILLER GROUNDS CARE, INC. | ) |
| Plaintiff, | ) Civil Action No. 2:09-cv-03258 (ECR) |
| v. | ) |
| THE TORO COMPANY | ) |
| Defendant. | ) |

## JOINT MOTION TO DISMISS

In view of a confidential settlement agreement between Plaintiff Schiller Grounds Care, Inc. ("Schiller") and Defendant The Toro Company ("Toro"), the Parties hereby jointly move to dismiss all claims, defenses, and counterclaims in the present action, with prejudice and without costs, in accordance with Local Rule 41.1(b).

Dated: January 15, 2010

Respectfully submitted,

By: _____s/_____
John D. Simmons (PA ID No. 202405)
Martin G. Belisario (PA ID No. 62641)
Stephen E. Murray (PA ID No. 203683)
PANITCH SCHWARZE BELISARIO & NADEL LLP
One Commerce Square
2005 Market Street - Suite 2200
Philadelphia, PA 19103-7086
Telephone: (215) 965-1330
Facsimile: (215) 965-1331
E-Mail: jsimmons@panitchlaw.com

*Attorneys for Plaintiff
Schiller Grounds Care, Inc.*

By: _____s/_____
J. Derek Vandenburgh (admitted *pro hac vice*)
Joseph W. Winkels (admitted *pro hac vice*)
CARLSON, CASPERS, VANDENBURGH & LINDQUIST, P.A.
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Phone: 612-436-9600
Fax: 612-436-9605
dvandenburgh@ccvl.com
jwinkels@ccvl.com

*Attorneys for Defendant
The Toro Company*

---

Order

Motion is granted. The case is dismissed.

1/21/10.